```
                    UNITED STATES COURT OF APPEALS

                         FOR THE FOURTH CIRCUIT
                                                            FILED
                                                        April 28, 2005
```

                              No. 04-4626
                              CR-02-227-MU

UNITED STATES OF AMERICA

          Plaintiff - Appellee

v.

GUILLERMO CARILLO-PINEDA, a/k/a Martin Carillo-Cuevas

          Defendant - Appellant


                              ---------
                              O R D E R
                              ---------

     The Court appoints Harold Cogdell, Jr. of Charlotte, NC as counsel for the appellant pursuant to the provisions of the Criminal Justice Act.


                                   For the Court - By Direction

                                   /s/  Patricia S. Connor
                                   _____
                                              CLERK


Nunc Pro Tunc Date:  8/6/04